■ BENDERSON DEVELOPMENT COMPANY, INC., Appellant, v AETNA LIFE & CASUALTY, Respondent. [732 NYS2d 603] —Order unanimously affirmed without costs for reasons stated in decision at Supreme Court, NeMoyer, J. (Appeal from Order of Supreme Court, Erie County, NeMoyer, J.—Summary

Judgment.) Present—Green, J. P., Hayes, Scudder, Kehoe and Burns, JJ.